**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7717**

LARRY BLAKNEY,

       Plaintiff - Appellant,

    v.

SLED; HARTSVILLE POLICE DEPARTMENT; UNITED STATES OF AMERICA,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:21-ct-03071-FL)

Submitted: April 14, 2022             Decided: April 18, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Blakney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Blakney appeals the district court's order denying his motion to appoint counsel, denying his motion for injunctive relief, and dismissing his amended civil action under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blakney v. SLED*, No. 5:21-ct-03071-FL (E.D.N.C. Nov. 29, 2021). We deny Blakney's motions to disqualify or recuse the district court judge and to certify class action and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
